**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

BARRY KORCSMAROS,

          Plaintiff,                       CASE NO.: 8:16-cv-00765-CEH-EAJ

vs.

FINANCIAL ASSET
MANAGEMENT SYSTEMS, INC.,

          Defendant.

_____/

**PLAINTIFF'S NOTICE OF PENDING SETTLEMENT**

COMES NOW, Plaintiff BARRY KORCSMAROS ("Plaintiff"), by and through his undersigned counsel, pursuant to Local Rule 3.08(a), and hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement agreement.

Dated: September 27, 2016

                                     Respectfully submitted:

                                     /s/ *Benjamin W. Raslavich*
                                     **BENJAMIN W. RASLAVICH, ESQ.**
                                     Florida Bar No.: 0102808
                                     **RASLAVICH LAW, P.A.**
                                     3225 S. MacDill, Ave., Ste. 129-272
                                     Tampa, Florida 33629
                                     Telephone: (813) 422 – 7782
                                     Facsimile: (813) 422 – 7783
                                     ben@raslavichlaw.com
                                     Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


/s/ Benjamin W. Raslavich
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808