UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARRY KORCSMAROS,

    Plaintiff,

v.                                      Case No: 8:16-cv-765-T-36AAS

FINANCIAL ASSET MANAGEMENT
SYSTEMS, INC.,

    Defendant.
_____/

## O R D E R

This matter is before the Court upon review of the file. Pursuant to a notice of settlement, on September 27, 2016, the Court entered an Order dismissing this action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice (Doc. 21). To date, the parties have not submitted a stipulation or final judgment. Therefore, this matter will be dismissed with prejudice.

    ACCORDINGLY, it is now **ORDERED AND ADJUDGED:**

1.    This action is dismissed, with prejudice.

2.    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on November 29, 2016.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Counsel of Record and Unrepresented Parties, if any